App. Div. 350). Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Mary E. Jones, Respondent, v. Milton L'Ecluse, Appellant.— The order sets aside a verdict for the alleged misconduct of a juror. In a brief opinion the learned Special Term finds no irregularity in the conduct of the juryman, and also finds the conduct of the counsel and the witness involved to have been blameless, but holds that "the influence of just such happenings is so subtle that it is most difficult to weigh its effect." We think a judgment should not be destroyed unless the alien influence is manifest, and, therefore, reverse the order, with ten dollars costs and disbursements, and reinstate the verdict. Hirschberg, P. J., Gaynor and Rich, JJ., concurred; Burr and Miller, JJ., dissented.

Rosie Lefkowitz, Appellant, v. Otto P. Gilbert, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

John Leipziger, Respondent, v. Herman Kuhnast, Appellant.—Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements, but without prejudice to an application to resettle the order by providing that the extra allowance shall not be included in the costs and disbursements to be paid, upon the ground that the case is not one for an extra allowance. Hirschberg, P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.

Gussie M. Levin, Respondent, v. David Davis, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

The Long Island Railroad Company and the Nassau Electric Railroad Company, Appellants, v. The City of New York and Others, Respondents. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

The Long Island Railroad Company and the Nassau Electric Railroad Company, Appellants, v. The City of New York and Others, Respondents. (No. 2.) — Interlocutory judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

James F. Meehan, Respondent, v. Thomas Gill Soap Company, Appellant, Impleaded with Alexander J. Milliken, Defendant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Cord Meyer, Jr., and Christian M. Meyer, as Executors, etc., of Cord Meyer, Sr., Deceased, Respondents, v. David A. McLeod, Individually and as Administrator, etc., of Eliza Tilton, Deceased, Appellant, Impleaded with Emma D. McLeod, Wife of Said David A. McLeod, Defendant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Gaynor and Rich, JJ., concurred; Burr, J., concurred on the ground that the objection was not raised as to the question argued.

Margaret E. Murphy, as Administratrix, etc., of John J. Morrissey, Deceased, Appellant, v. The McLaughlin Real Estate Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg. P. J., Gaynor, Burr, Rich and Miller, JJ., concurred.